

**SPEEDY HEAVY HAULING INC.**

970-244-3980     JOB NO.     90085
**OILFIELD AND HEAVY HAUL BILL OF LADING**
**NOT NEGOTIABLE**

Speedy Heavy Hauling Inc.
610 25 Rd
Grand Junction, CO 81505

Field Office:
767 Valley Court
Grand Junction, CO 81505

RECEIVED, Subject to the classification and tariffs in effect on the date of the receipt by the carrier of the property described in this Original Bill of Lading.

Received at the point shown on the date specified and from the shipper mentioned herein, the property herein described in apparent good order, except as noted (contents and conditions of packages unknown) marked, consigned and destined as indicated below, which said carrier agrees to carry and deliver to the said consignee at the said destination, if on its own router, otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or an portion of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or writing, including conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| DATE: | | 9/20/2010 | DECLARED VALUATION - THE LESSER OF ACTUAL CASH VALUE OR POLICY LIMIT OF LIABILITY | | | |
|---|---|---|---|---|---|---|
| RIG #: | | Superior 7 | **RIG MOVE ANALYSIS** | | | |
| FROM: | | Elm Grove, LA | TO | | Houston, TX | |
| **BED TRUCK TYPE** | HRS | RATE | COST | CRANE TYPE | HRS | RATE | COST |
| | | $ - | $ - | Hired Crane | | $ - | $ 21,015.00 |
| | | $ - | $ - | | | $ - | $ - |
| | | $ - | $ - | | | $ - | $ - |
| | | $ - | $ - | | | $ - | $ - |
| **TRACTOR TYPE** | HRS | RATE | COST | TRAILER TYPE | HRS | RATE | COST |
| Hired Truck | | $ - | $ 202,644.00 | | | $ - | $ - |
| | | $ - | $ - | | | $ - | $ - |
| | | $ - | $ - | | | $ - | $ - |
| | | $ - | $ - | | | $ - | $ - |
| | | $ - | $ - | | | $ - | $ - |
| | | $ - | $ - | | | $ - | $ - |
| | | $ - | $ - | | | $ - | $ - |
| | | $ - | $ - | | | $ - | $ - |
| | | $ - | $ - | | | $ - | $ - |
| | | $ - | $ - | | | $ - | $ - |
| **PILOT CAR TYPE** | HRS | RATE | COST | LABOR | HRS | RATE | COST |
| | | $ - | $ - | Supervisor | 54.5 | $ 120.00 | $ 6,540.00 |
| | | $ - | $ - | | | $ - | $ - |
| | | $ - | $ - | | | $ - | $ - |
| | | $ - | $ - | | | $ - | $ - |
| **LOADER TYPE** | HRS | RATE | COST | **TOTALS** | | | |
| | | $ - | $ - | BED TRUCKS | | $ - | |
| | | $ - | $ - | TRACTORS & TRAILERS | | $ 202,644.00 | |
| | | $ - | $ - | CRANES | | $ 21,015.00 | |
| CUST. PURCHASE ORDER # | | | | LOADERS | | $ - | |
| CHARGE TO: | | Southern Management | LABOR | | $ 6,540.00 | |
| Load out and haul rig from Elm Grove, LA to Houston TX | | | | PILOTS | | $ - | |
| | | | | HIRE EQUIPMENT | | | |
| | | | | PERMITS | | | |
| | | | | HOTELS | | $ 357.00 | |
| | | | | OTHER | | | |
| | | | | **TOTAL AMOUNT** | | **$ 230,556.00** | |
| | | | | RECEIVED IN GOOD ORDER X | | | |
| | | | | TICKET NUMBER | | 23900 | |



EXHIBIT A

# Superior 7 Load List

|    | Item           | Size              | Height  | Weight     |
|----|----------------|-------------------|---------|------------|
| 1  | Pit            | 11'-11" x 50'     | 11'-9"  | 50,000     |
| 2  | Pit            | 11'-11" x 50'     | 11'-9"  | 50,000     |
| 3  | Shaker Pit     | 11'-11" x 50'     | 11'-9"  | 50,000     |
| 4  | Pump           | 9' x 31'-4"       | 9'      | 90,000     |
| 5  | Pump           | 9' x 31'-4"       | 9'      | 90,000     |
| 6  | Motor          | 10'-3" x 40'      | 12'-4"  | 70,000     |
| 7  | Motor          | 10'-3" x 40'      | 12'-4"  | 70,000     |
| 8  | Motor          | 10'-3" x 40'      | 12'-4"  | 70,000     |
| 9  | Motor          | 10'-3" x 40'      | 12'-4"  | 70,000     |
| 10 | Shaker Skid    | 11' x 50'         | 9'-9"   | 60,000     |
| 11 | Gasbuster      | 7'-10" x 33'-2"   | 8'      | 40,000     |
| 12 | Diesel Tank    | 8'-11" x 40'      | 9'-4"   | 50,000     |
| 13 | Diesel Tank    | 8'-11" x 40'      | 9'-4"   | 50,000     |
| 14 | Cutting Pit    | 8' x 48'          | 6'      | 30,000     |
| 15 | Water Tank     | 9'-10" x 45'      | 9'-9"   | 40,000     |
| 16 | Water Tank     | 9'-10" x 45'      | 9'-9"   | 40,000     |
| 17 | Water Tank     | 9'-10" x 45'      | 9'-9"   | 40,000     |
| 18 | Bottom Derrick | 13'-11" x 50'     | 11'     | 66,000     |
| 19 | Middle Derrick | 13'-11" x 50'     | 11'     | 68,000     |
| 20 | Crown Section  | 13'-11" x 50'     | 11'     | 66,000     |
| 21 | Drawworks      | 10'-6" x 25'      | 9'      | 98,000     |
| 22 | Center Steel   | 13'-2" x 41'      | 5'      | 90,000     |
| 23 | Cat Walk       | 6'-5" x 60'       | 6'      | 50,000     |
| 24 | Sub            | 10' x 64'         | 8'      | 138,000    |
| 25 | Sub            | 10' x 64'         | 8'      | 138,000    |
| 26 | Hyd Unit       | 16' x 8'          | 8'      | 16,000     |
| 27 | SCR House      | 10' x 45'         | 12'     | 70,000     |
| 28 | Change House   | 8' x 45'          | 10'     | 40,000     |
| 29 | Dog House      | 10' x 40'         | 9'      | 40,000     |
| 30 | Choke Skid     | 10' x 45'         | 10'     | 40,000     |
| 31 | Matts x 7      | 8' x 30'          | 6"      | 7,000 each |
| 32 | BOP Unit       | 6' x 18'          | 3'      | 68,000     |
| 33 | Grass Hopper   | 5' x 26'          | 6'      | 12,000     |

+ 10 Truck loads of Drill pipe & Collars
+ 2 suitcases & a top drive HPU

Additional Loads or Adjustments from Load List:

| Adjustment | Load # | Load List | Actual |
|---|---|---|---|
| 1 | 10 | 50' x 11' x 9'9" @ 60,000 | 50' x 13' x 12' @ 60000 |
| 2 | 3 | 50' x 11' x 9'9" @ 50000 | 50' x 13' 8" x 11'7" @ 58000 |
| 3 | 1 | 50' x 11' x 11'9" @ 50000 | 50' x 12'10" x 12' @ 70000 |
| 4 | 2 | 50' x 11' 11" x 11'9" @ 50000 | 50' x 13'3" x 12'7" @ 70000 |
| 5 | 18 | 50' x 13'11" x 11'7" @ 66000 | 50' x 13'11" x 11'7" @ 66000 |
| 6 | 19 | 50' x 13'11" x 11' @ 68000 | 50' x 15'9" x 12'10" @ 70000 |
| 7 | 22 | 41' x 13'2" x 5' @ 90000 | 41' x 15'6" x 5' @ 112000 |
| 8 | 31 | 30' x 8' x 6' | added monkey board @ 12' (W) |
| 9 | 26 | 16' x 8' x 8' | 16' x 10' x 8' |
| 10 | Add. Load | Sub Section Load List had them together | |
| 11 | Add. Load | Sub Section Load List had them together | |
| 12 | Add. Load | Crew Shack | |
| 13 | Add. Load | Crew Shack | |