

**Invoice**

767 VALLEY CT.
GRAND JUNCTION, CO
81505

PHONE: 970-241-3420
FAX: 970-242-5078

Sold To: Southern Management Services Inc
5215 North O'Conner Blvd. Suite 600
Irving, TX 75039

Invoice Number: IN02847
Invoice Date: 9/20/2010
Due Date: 10/20/2010

| Job Number | P.O. / A.F.E. | Terms | Location | Ticket Number |
|---|---|---|---|---|
| 90085 | | Net 30 Days | Superior 7 | 23900 |

| Description/Comments | Amount |
|---|---|
| Superior 7 Long haul rig from Elk Grove, LA to Houston, TX  HOURLY | 230,556.00 |

Remit To: Hemphill Trucking Inc.
o/a Hemphill Speedy
767 Valley Ct.
Grand Junction, CO 81505

| | |
|---|---|
| Subtotal | 230,556.00 |
| TAX | 0.00 |
| Amount Due | 230,556.00 |



EXHIBIT B