## Sworn Account Affidavit

THE STATE OF COLORADO  §
§
COUNTY OF Mesa  §

BEFORE ME, the undersigned Notary Public in and for said County and State, on this day personally appeared Melvin J Hawley, known to me, and, after being duly sworn, stated on oath the following:

"The account in favor of Hemphill Trucking, Inc. d/b/a Hemphill Speedy ("Plaintiff") and against Southern Management Services, Inc. ("Defendant") for the sum of $230,556.00 is within my personal knowledge, just and true, it is due and unpaid, and all just and lawful offsets, payments and credits have been allowed.

In September of 2010, Defendant hired Plaintiff to perform air transport services for Defendant to haul Defendant's drilling rig, the Superior 7, from Elk Grove, Louisiana to Houston, Texas. Defendant agreed to compensate Plaintiff for such services. Plaintiff performed such services and submitted an invoice dated September 20, 2010 to Defendant for such services to be paid by October 20, 2010. Defendant has continuously failed and refused to pay for amounts earned by Plaintiff. Plaintiff advised Defendant of amounts owed, but was not paid. In addition to the outstanding balance, Plaintiff has incurred costs in pursuing collection of Defendant's outstanding balance including legal expenses and fees in order to collect amounts Defendant owes as well as the cost of filing and prosecuting this lawsuit which continue to accrue."

Further sayeth affiant not.

_____
Melvin J Hawley

SUBSCRIBED AND SWORN TO before me on this the 8 day of July, 2011.

_____
Notary Public In and For the State of Colorado

[Notary Seal: DORIAN G. GRAVES, NOTARY PUBLIC, STATE OF COLORADO]

My Commission Expires 7/13/2014